**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7441**

_____

LARRY MCLEOD, a/k/a Larry Pully,

                                        Plaintiff - Appellant,

        versus

DEAN   R.   WALKER,   Superintendent,   Marion
Correctional Institution,

                                        Defendant - Appellee.

_____

Appeal  from  the  United  States  District  Court  for  the  Western
District of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-01-195-1-MU)

_____

Submitted:  December 16, 2002      Decided:  December 20, 2002

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry McLeod, Appellant Pro Se.  Mary S. Mercer, Assistant Attorney
General, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry McLeod appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McLeod v. Walker, No. CA-01-195-1-MU (W.D.N.C. Sept. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2